IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONMARIE THOMAS, Derivatively on Behalf of SNAP INC., <br><br> Plaintiff, <br> v. <br><br> EVAN SPIEGEL, DEREK ANDERSEN, JEREMI GORMAN, REBECCA MORROW, JERRY HUNTER, JARED GRUSD, MICHAEL J. O'SULLIVAN, ROBERT MURPHY, MICHAEL LYNTON, KELLY COFFEY, JOANNA COLES, LIZ JENKINS, STANLEY MERESMAN, SCOTT D. MILLER, POPPY THORPE, and FIDEL VARGAS, <br><br> Individual Defendants, <br> -and- <br><br> SNAP INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:22-cv-00457-CFC |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
OF DERIVATIVE ACTION WITHOUT PREJUDICE**

WHEREAS, on April 6, 2022, Plaintiff Vonmarie Thomas filed the above-captioned action in this Court;

WHEREAS, a factually related securities class action, captioned *Black* v. *Snap* Inc., No. 2:21-cv-08892-GW-PD (the "Securities Class Action"), was filed in the United States District Court for the Central District of California;

WHEREAS, based on the overlapping parties and factual allegations contained in the Securities Class Action, this action was stayed pending resolution of certain motions to dismiss filed in the Securities Class Action;

1

WHEREAS, on September 26, 2023, the court in the Securities Class Action dismissed the operative complaint with leave to amend by October 27, 2023;

WHEREAS, on October 27, 2023, the plaintiffs in the Securities Class Action filed a notice of intent not to further amend the complaint and asked that the action be dismissed with prejudice; and

WHEREAS, on October 30, 2023, the court in the Securities Class Action entered a final order and judgment dismissing that action with prejudice;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by the parties subject to the Court's approval that:

1. The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a)(1)(A)(ii).

2. Separate notice to Snap, Inc. stockholders of this Dismissal is not required because the dismissal is without prejudice and because no compensation in any form has passed directly or indirectly to Plaintiff or Plaintiff's counsel, and no promise to give any such compensation has been made.

3. The parties shall bear their respective costs, expenses, and attorneys' fees.

|  |  |
|---|---|
| OF COUNSEL: | BIELLI & KLAUDER, LLC |
|  | By: ___/s/ Ryan M. Ernst___ |
| Gregory M. Nespole | Ryan M. Ernst (No. 4788) |
| Daniel Tepper | 1204 N. King Street |
| Correy A. Kamin | Wilmington, DE 19801 |
| LEVI & KORSINSKY, LLP | Tel.: (302) 803-4600 |
| 55 Broadway, 10th Floor | rernst@bk-legal.com |
| New York, NY 10006 |  |
| Tel.: 212.363.7500 | *Attorneys for Plaintiff* |
| gnespole@zlk.com |  |
| dtepper@zlk.com |  |
| ckamin@zlk.com |  |

|  |  |
|---|---|
|  | PAUL, WEISS, RIFKIND, |
|  |   WHARTON & GARRISON LLP |
| OF COUNSEL: | By: ___/s/ Matthew D. Stachel___ |
|  | Matthew D. Stachel (No. 5419) |
| Daniel J. Kramer | 500 Delaware Avenue, Suite 200 |
| Audra J. Soloway | Post Office Box 32 |
| Kristina A. Bunting | Wilmington, DE 19899-0032 |
| PAUL, WEISS, RIFKIND, | Tel.: (302) 655-4410 |
|   WHARTON & GARRISON LLP | mstachel@paulweiss.com |
| 1285 Avenue of the Americas |  |
| New York, NY 10019-6064 | *Attorneys for Defendants and Nominal Defendant* |
| Tel.: (212) 373-3000 |  |
| dkramer@paulweiss.com |  |
| asoloway@paulweiss.com |  |
| kbunting@paulweiss.com |  |

Dated: November 1, 2023

SO ORDERED this __ day of _____, 2023.

_____
The Hon. Colm F. Connolly

3